

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TROY JENNINGS<br>    FED. REG. NO. 67949-053<br>VS.<br><br>FEDERAL BUREAU OF PRISONS, ET AL. | CIVIL ACTION NO. 08-1189<br><br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 8TH day of JANUARY, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**