U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 22 2009

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| TROY JENNINGS | CIVIL ACTION NO. 1:08CV1189 |
| VERSUS | JUDGE DRELL |
| FEDERAL BUREAU OF PRISONS, ET AL | MAGISTRATE JUDGE KIRK |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ALEXANDRIA, Louisiana, this 22nd Day of January, 2009.

Dee D. Drell
UNITED STATES DISTRICT JUDGE